**DISMISS and Opinion Filed September 30, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00485-CV

### ROSIE MCCONIC, Appellant
### V.
### GIANG HO, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01397-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by August 9, 2024. By postcard dated August 13, 2024, we notified appellant her brief was overdue and directed her to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. See TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Robert D. Burns, III/

ROBERT D. BURNS, III

CHIEF JUSTICE

240485F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROSIE MCCONIC, Appellant

No. 05-24-00485-CV      V.

GIANG HO, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-24-01397-B.
Opinion delivered by Chief Justice Burns. Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered September 30, 2024